The Honorable Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QIYUAN XU., Plaintiff, v. U.S. DEPARTMENT OF STATE, et al., Defendants. | Case No. 2:26-cv-01120-TL<br><br>STIPULATED MOTION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION<br><br>Noted for Consideration: July 10, 2026 |

**JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation, asking the Court to extend the deadline for the filing of Plaintiff's response to Defendants' motion until July 20, 2026, and Defendants' reply until August 3, 2026.

Plaintiff filed the Complaint on April 2, 2026, and Defendants filed a Motion to Dismiss on June 22, 2026. Plaintiff's current deadline to respond is July 13, 2026. The Parties have agreed to extend Plaintiff's deadline until July 20, 2026, as Plaintiff is gathering additional information to fully respond to the dispositive motion. Further, the Parties have agreed to extend Defendants' reply deadline until August 3, 2026. Therefore, the Parties submit there is good cause for a brief extension of Plaintiff's time to respond to the Defendants' motion, and

Defendants' time to file their reply.

**SO STIPULATED.**

DATED July 10, 2026.

Respectfully submitted,

*s/ Nicholas Power*
Nicholas Power, WSBA No. 45974
The Law Office of Nicholas Power, PLLC
540 Guard St. Ste. 150
Friday Harbor, WA 98250
Phone: 360.298.0464
Email: nickedpower@gmail.com

*s/ Christina S. Castro*
Christina S. Castro
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis. MO 63122
(O) 314.961.8200
(F) 314.961.8201
(E) csullivan@hackingimmigrationlaw.com

*Attorneys for Plaintiff*

*s/ Kyle A. Forsyth*
KYLE. A. FORSYTH, WSBA No. 34609
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-2422
Email: kyle.forsyth@usdoj.gov

*Attorney for Defendants*

I certify that this memorandum contains 135 words, in compliance with the Local Civil Rules.

## ~~[PROPOSED]~~ ORDER

It is hereby ORDERED that the parties' motion is GRANTED. Plaintiff shall file his Response by July 20, 2026, and Defendants may file their reply by August 3, 2026.

DATED this 10th day of July, 2026.

HON. TANA LIN
United States District Judge